IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16-CR-32 |
| | § | |
| GARY WAYNE NIX | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the Defendant, **Gary Wayne Nix**, the defendant's attorney, Mr. Carlo D'Angelo, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ Jim Noble*
JIM NOBLE
Assistant United States Attorney
Texas Bar No. 15050100
110 North College, Suite 700
Tyler, Texas 75702
Tel: 903-590-1400
Fax: 903-590-1439
Email: James.Noble@usdoj.gov

**Notice of Plea Agreement - Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via ECF on this the 14th day of September, 2016.

*/s/ Jim Noble*
JIM NOBLE