IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:16-CR-32 |
| | § | (Judges Clark/Mitchell) |
| GARY WAYNE NIX | § | |

## ELEMENTS OF THE OFFENSES

### Count One

The defendant is charged in Count One of the indictment with being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

The essential elements which must be proven to establish a violation of this offense are:

1. That the defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year,

2. That the defendant did knowingly possess a firearm, and

3. That the firearm had, at some point, traveled in interstate or foreign commerce.

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

*/s/ Jim Noble*
JIM NOBLE
Assistant United States Attorney
Texas Bar No. 15050100
110 N. College, Suite 700
Tyler, TX 75702
(903)-590-1400
Fax: (903)-590-1436
James.Noble@usdoj.gov